February 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

PATRICK O'BRIEN MURPHY AKA O'BRIEN MURPHY AND BEVERLY MURPHY, Appellants

NO. 14-11-00560-CV                    V.

WELLS FARGO BANK, N.A. AND HSBC BANK USA, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Wells Fargo Bank, N.A. and HSBC Bank USA, signed, March 29, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it assessed Wells Fargo Bank, N.A.'s attorney's fees and costs against appellants personally. We therefore order that the portions of the judgment that assess Wells Fargo Bank, N.A.'s attorney's fees and costs against appellants is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.